## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 707 - all | **DATE** | 10/26/2007 |
| **CASE TITLE** | USA vs. Rodney Tanner | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 10/26/07.
The defendant is informed of his rights. Enter order appointing Alison Siegler as counsel for defendant. Detention hearing and Preliminary examination set for 10/31/07 at 1:00 p.m. The defendants are ordered detained until further order of Court. *AK*

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | AC |
|---|---|---|