# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US vs. Calvert

FOR: [FILED stamps — OCT 26 2007, MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT]

PERSON REPRESENTED (Show your full name): Keith Calvert

October 26, 2007

CHARGE/OFFENSE (describe if applicable & check box): ☒ Felony ☐ Misdemeanor

1 ☒ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

LOCATION NUMBER: ▶

DOCKET NUMBERS
- Magistrate:
- District Court: 07 CR 707
- Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT:** Are you now employed? ☐ Yes ☐ No ☒ Am Self Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $ 1200
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? N/A ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME:** Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ ___
THE SOURCES ___

**CASH:** Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ 80

**PROPERTY:** Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND $ ___
DESCRIBE IT ___

**OBLIGATIONS & DEBTS**

**DEPENDENTS:**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 5
List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| rent | | $ | $ 300 |
| | phone | $ | $ 150 |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 10/26/07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶