Order Form (01/2005)

# United States District Court, Northern District of Illinois

JH

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 707 - 2 | DATE | 10/31/2007 |
| CASE TITLE | USA vs. Keith Calvert | | |

**DOCKET ENTRY TEXT**

The Defendant waives his right to Preliminary Examination. Enter a Finding of Probable Cause. The Defendant is ordered Bound to the District Court for further proceedings. Detention hearing held. The Defendant will be released once certain conditions of bond are met. *AL*

Docketing to mail notices.

00:55;nfpc

| | Courtroom Deputy Initials: | AC |
|---|---|---|

07CR707 - all USA vs. Rodney Tanner