**07CR 707** *Felony*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐ YES X  If the answer is "Yes", list the case number and title of the earliest filed complaint:
   **UNITED STATES v. RODNEY TANNER, et al. 07 CR 707**  *Keyes*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO X  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information? NO X  YES
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO X  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?  NO X  YES ☐

6) What level of offense is this indictment or information?  **FELONY X**  MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?  NO X  YES ☐

8) Does this indictment or information include a conspiracy count?  NO  YES X

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide ............ (II) | ☐ Income Tax Fraud ...... (II) | ☒ DAPCA Controlled Substances (III) |
   | ☐ Criminal Antitrust ..... (II) | ☐ Postal Fraud .......... (II) | ☐ Miscellaneous General Offenses (IV) |
   | ☐ Bank robbery ....... (II) | ☐ Other Fraud .......... (III) | ☐ Immigration Laws ..... (IV) |
   | ☐ Post Office Robbery .... (II) | ☐ Auto Theft .......... (IV) | ☐ Liquor, Internal Revenue Laws (IV) |
   | ☐ Other Robbery ....... (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws ...... (IV) |
   | ☐ Assault .......... (III) | ☐ Forgery ............. (III) | ☐ Motor Carrier Act ...... (IV) |
   | ☐ Burglary .......... (IV) | ☐ Counterfeiting ........ (III) | ☐ Selective Service Act .... (IV) |
   | ☐ Larceny and Theft ..... (IV) | ☐ Sex Offenses ......... (II) | ☐ Obscene Mail ........ (III) |
   | ☐ Postal Embezzlement ... (IV) | ☐ DAPCA Marijuana ..... (III) | ☐ Other Federal Statutes (III) |
   | ☐ Other Embezzlement .. (III) | ☐ DAPCA Narcotics ..... (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    21 U.S.C. § 846          18 U.S.C. §924(c)
    18 U.S.C. §922(g)

_____
**EDWARD N. SISKEL**
Assistant United States Attorney

**JUDGE RONALD GUZMAN**

**MAGISTRATE JUDGE COX**

**FILED**
NOV 15 2007
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**