

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE RONALD GUZMAN** | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 0707 | DATE | NOVEMBER 15, 2007 |
| CASE TITLE | US v. RODNEY TANNER, KEITH L. CALVERT & FRED D. CALVERT | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL JUNE 2007** Session, a quorum being present, returns the above entitled indictment in open court this date before

Judge or Magistrate Judge *Nan R. Nolan*

**Docket Entry:**

NO BOND SET. DETAINED BY MAGISTRATE AS TO ALL DEFENDANTS.

**FILED**
NOV 1 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials | Date/time received in Central Clerk's office | Number of notices | DOCKET# | Date docketed | Docketing dpty. initials | Date mailed notice | Mailing dpty. initials