IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 707-2 |
| v. ) | |
| ) | Judge Ronald A. Guzman |
| KEITH CALVERT ) | |

**UNOPPOSED MOTION TO EXTEND TIME
FOR THE FILING OF PRETRIAL MOTIONS**

Defendant KEITH CALVERT, by the Federal Defender Program and its attorney ALISON SIEGLER, respectfully moves this Court to extend the time within which to file pretrial motions. The government has no opposition to the instant motion. In support of this motion Mr. Barakat states as follows:

1. Mr. Calvert was arraigned and entered a plea of not guilty to conspiracy to possess with the intent to distribute cocaine pursuant to 21 U.S.C. § 846; possession of a gun pursuant to 18 U.S.C. § 924(c); and possession of a weapon by a felon pursuant to 18 U.S.C. § 922(g).

2. This Court ordered a 16.1(a) conference to occur by November 30, 2007, ordered pretrial motions to be filed 1 week later, by December 6, 2007, and set a status hearing for December 18, 2007. Both government counsel and defense counsel were on trial during the week of November 26, 2007, and the government tendered the 16.1(a) material on December 3, 2007.

3. The discovery in this case is voluminous, consisting of 250 pages of written discovery and 18 disks of recordings. Accordingly, counsel needs additional time to adequately

prepare pretrial motions. Counsel requests that the Court extend the time to file pretrial motions until January 2, 2008.

4.Counsel has consulted Assistant United States Attorney Edward Siskel and he has no opposition to this motion.

WHEREFORE, it is respectfully requested that the time for the filing of pretrial motions be extended until January 2, 2008.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy
Executive Director


By: s/Alison Siegler
Alison Siegler

ALISON SIEGLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL  60603
(312) 621-8350

## CERTIFICATE OF SERVICE

The undersigned, Alison Siegler , an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**UNOPPOSED MOTION TO EXTEND TIME
FOR THE FILING OF PRETRIAL MOTIONS**

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on December 6 , 2007, to counsel/parties that are non-ECF filers.


By:     s/Alison Siegler
ALISON SIEGLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8350