IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | No. 07 CR 707-2 |
| v.  ) | |
| ) | Judge Ronald A. Guzman |
| **KEITH CALVERT** ) | |
| ) | |

NOTICE OF MOTION

To:  Edward Siskel
     Assistant United States Attorney
     219 S. Dearborn St., 5th Floor
     Chicago, Illinois 60604

PLEASE TAKE NOTICE that on Tuesday, December 11, 2007 at 9:30 a.m., in Courtroom 1219, we shall appear before the Honorable Ronald A. Guzman, in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and shall present the attached motion.

– **UNOPPOSED MOTION TO EXTEND TIME FOR THE FILING OF PRETRIAL MOTIONS**

                              Respectfully submitted,

                              FEDERAL DEFENDER PROGRAM
                              Terrence F. MacCarthy
                              Executive Director

                              By: s/Alison Siegler
                                  Alison Siegler

ALISON SIEGLER
FEDERAL DEFENDER PROGRAM
55 E. MONROE ST. SUITE 2800
CHICAGO, ILLINOIS 60603
(312) 621-8350