## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 707 - 2,3 | **DATE** | 12/11/2007 |
| **CASE TITLE** | USA vs. KEVIN CALVERT and FRED D. CALVERT, JR. | | |

**DOCKET ENTRY TEXT**

Motions by Keith L Calvert and Fred D. Calvert, Jr. for extension of time for the filing of pretrial motions [25] , [27] are granted to and including 1/2/08. Status hearing set for 12/18/07 is reset to 1/4/08 at 10:30 a.m. Oral motion of government to exclude time is granted. In the interest of justice, time to be excluded under 18 USC Section 3161(h)(8)(B)(i) and U.S. v. Tibboel, 753 F.2nd 608 (7th Cir. 1985). (X-T1)

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | CG |
|---|---|---|