Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 707 - 2 | **DATE** | 4/4/2008 |
| **CASE TITLE** | USA vs. KEITH L. CALVERT | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws plea of not guilty to counts 1 and 2 and enters plea of guilty to counts 1 and 2. Defendant informed of rights. Judgment of guilty entered. Cause referred to the Probation Office for a presentence investigation. Sentencing set for 7/16/08 at 10:30 a.m.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | CG |
|---|---|---|