IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07 CR 707 |
| | ) | |
| v. | ) | |
| | ) | Judge Ronald A. Guzman |
| KEITH L. CALVERT | ) | |

## MOTION TO WITHDRAW AS APPOINTED COUNSEL

Defendant KEITH L. CALVERT, by the Federal Defender Program and its attorney DANIEL G. MARTIN, respectfully requests that Mr. Martin and the Federal Defender Program be allowed to withdraw as his appointed counsel and that a Federal Defender Panel Attorney be allowed to file his or her appearance on behalf of Mr. Calvert for the duration of the case. In further support, Mr. Calvert states as follows:

1. Ms. Alison Siegler of the Federal Defender Program was appointed to represent Mr. Calvert. Ms. Siegler represented Mr. Calvert through the negotiation and entry of a guilty plea on 04 April 2008. Sentencing is presently set for 16 July 2008. On 01 June 2008, Ms. Siegler officially left the offices of the Federal Defender Program, to commence a position as the Co- Director of the Mandell Legal Aid Clinic at the University of Chicago Law School. Mr. Calvert's case was transferred to Mr. Martin. .

2. Recently, Mr. Martin determined that an irreconcilable conflict of interest has developed regarding his ongoing representation of Mr. Calvert. Mr. Calvert has indicated that he desires to withdraw his guilty plea which calls into question the efficacy of his previous representation. Accordingly, Mr. Martin moves to withdraw and to have a member of the Federal Defender Panel allowed to substitute.

3.  Counsel believes that a new attorney will be able to prepare and present all issues to the Court in a clear fashion without the suggestion of any potential conflict of interest.

WHEREFORE, for the above-noted reasons, Mr. Calvert respectfully requests that this Honorable Court grant his motion and allow his appointed attorney to withdraw from his case, thereby allowing a member of the Federal Defender Panel Attorneys to file a substitute appearance on Mr. Calvert's behalf.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy
Executive Director

By: s/Daniel G. Martin
Daniel G. Martin

DANIEL G. MARTIN
FEDERAL DEFENDER PROGRAM
55 East Monroe Street
Suite # 2800
Chicago, IL   60603
(312) 621-8328

**CERTIFICATE OF SERVICE**

The undersigned, <u>Daniel G. Martin</u>, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CIV.P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**MOTION TO WITHDRAW AS APPOINTED COUNSEL**

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on <u>June 9, 2008</u>, to counsel/parties that are non-ECF filers:

By:    s/Daniel G. Martin
Daniel G. Martin
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8328