IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07 CR 707 |
| | ) | |
| v. | ) | |
| | ) | Judge Ronald A. Guzman |
| KEITH L. CALVERT | ) | |

**NOTICE OF MOTION**

TO:   Ed Siskel
      Assistant United States Attorney
      219 S. Dearborn Street, Fifth Floor
      Chicago, IL  60604

Please take notice that on the 12th day of June, 2008, at 9:30 a.m., we shall appear before the Honorable Ronald A. Guzman at the Dirksen Federal Building, 219 S. Dearborn Street, courtroom 1219, and shall present the attached motion:

-   MOTION TO WITHDRAW AS APPOINTED COUNSEL

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy
Executive Director

By: s/ Daniel G. Martin
    DANIEL G. MARTIN
    *Attorney for Keith L. Calvert*

DANIEL G. MARTIN
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL  60603
(312) 621-8328