**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                          Case No.: 1:07−cr−00707
                                            Honorable Ronald A. Guzman

Rodney Tanner, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 20, 2008:

    MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 6/20/2008. Motion to withdraw as attorney as to Keith L Calvert by Daniel G. Martin [70] is granted. Daniel G. Martin is hereby withdrawn from the case as to Keith L Calvert (2). It is hereby ordered that the Federal Defender is to appoint a new attorney for defendant Keith L. Calvert. Status hearing set for 6/26/2008 at 10:30 AM. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.