# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided by Local Rules 83.12 through 83.14.

FILED
JUN 26 2008
RONALD A. GUZMAN, JUDGE
UNITED STATES DISTRICT COURT

In the Matter of

U.S. v. CALVERT, KEITH

Case Number: 07CR707

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KEITH CALVERT

| | |
|---|---|
| NAME (Type or print) Eugene Steingold | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Eugene Steingold | |
| FIRM The Law Offices of Eugene Steingold | |
| STREET ADDRESS 111 W. Washington Street, Suite 1051 | |
| CITY/STATE/ZIP Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 02720310 | TELEPHONE NUMBER (312) 726-1060 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☒ | |