Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 707 - 2 | DATE | 9/10/2008 |
| CASE TITLE | USA vs. KEITH CALVERT | | |

**DOCKET ENTRY TEXT**

Enter preliminary order of abandonment.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|

U.S. DISTRICT COURT
2008 SEP 11 AM 8:57
FILED