

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 707-2 |
| | ) | Hon. Ronald A. Guzman |
| KEITH CALVERT | ) | |

### PRELIMINARY ORDER OF ABANDONMENT

This cause comes before the Court on motion of the United States for entry of a final order of abandonment as to specific property pursuant to the provisions of Title 41, Code of Federal Regulations, Section 128-48.1, and the Court being fully informed hereby finds as follows:

(a) On November 15, 2007 an indictment was returned charging defendant KEITH CALVERT with knowingly possessing a firearm, in and affecting interstate commerce in that the firearm had traveled in interstate commerce prior to the defendant's possession of the firearm, in furtherance of a drug trafficking crime, namely, the possession of cocaine base with intent to distribute, in violation of 21 U.S.C. § 841(a)(1), which crime may be prosecuted in a court of the United States, pursuant to the provisions of 18 U.S.C. §§ 924(c)(1)(A) and 922(g)(1)(Counts Two and Three), among other violations;

(b) The indictment sought forfeiture to the United States of specific property, namely, one Raven, .25 caliber semi-automatic pistol, Model P-25, bearing serial number 062655, and ammunition, pursuant to the provisions of 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c);

(c) On April 4, 2008, pursuant to Fed. R. Crim. P. 11, defendant KEITH CALVERT entered a guilty plea to Counts One and Two of the indictment, admitting his involvement in certain offenses;

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That, pursuant to the provisions of 41 C.F.R. § 128-48.1, all right, title and interest defendant KEITH CALVERT has in the foregoing property, namely, one Raven, .25 caliber semi-automatic pistol, Model P-25, bearing serial number 062655, and ammunition, is hereby forfeit to the United States for destruction upon completion of the abandonment process. It is further ordered,

2. That, pursuant to the provisions of 41 C.F.R. § 128-48.102-1, the United States shall publish notice of its intent to dispose of the property according to law. It is further ordered,

3. That, following the Court's disposition of all third party interests, the Court, if appropriate, shall declare the foregoing property abandoned which shall vest clear title in the United States of America. It is further ordered,

4. That this Court shall retain jurisdiction over this matter to take any additional action and enter further orders as necessary to implement and enforce this order.

RONALD A. GUZMAN
United States District Judge

DATED: 9/10/08